IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REBBECKAH GLORIA GRIEGO, a U.S.
Citizen,

      Plaintiff,

v.                                        No. 1:23-CV-00764-KRS-LF

UNITED STATES DEPARTMENT OF
STATE; UNITED STATES EMBASSY IN
AMMAN, JORDAN; ANTONY BLINKEN,
United States Secretary of State;
YAEL LEMPERT, Ambassador of the United
States at the U.S. Embassy in Amman, Jordan.

      Defendants.

## ORDER GRANTING JOINT MOTION FOR STAY

THIS MATTER comes before the Court on the Parties' Joint Motion for Stay, (Doc. 26). The Court is fully advised in the premises and, after consideration of the Motion, finds that it is well-taken and should be granted.

IT IS THEREFORED ORDERED that this matter is STAYED pending Defendants' review of additional documents submitted by Plaintiff's spouse in support of his visa application.

IT IS FURTHER ORDERED that the parties shall file a joint status report by **August 30, 2024**.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent

Submitted/Approved by:

*/s/ James O. Hacking, III 7/1/24*
JAMES O HACKING, III
Hacking Immigration Law, LLC
10121 Manchester Road, Suite A
St. Louis, MO 63122
jim@hackingimmigrationlaw.com


*/s/ Jesse Hale 7/1/24*
JESSE HALE
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM 87103
jesse.hale@usdoj.gov