IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

REBBECKAH GLORIA GRIEGO,

    Plaintiff,

v.                                                     Case No. 1:23-cv-764 KRS/LF

UNITED STATES DEPARTMENT OF STATE;
UNITED STATES EMBASSY IN AMMAN, JORDAN;
ANTONY BLINKEN, United States Secretary of State;
YAEL LEMPERT, Ambassador of the United States at the
United States Embassy in Amman, Jordan,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal, (Doc. 28), filed July 15, 2024, stating this lawsuit is now moot.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-styled and numbered case is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each side shall bear their own fees and costs.

IT IS FURTHER ORDERED that all pending motions are DENIED AS MOOT.

IT IS SO ORDERED.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
Presiding by Consent